IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 12-43507 |
| ABDUL HAMEED | § § | CHAPTER 11 |
| DEBTOR(S) | § § § § § | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY
DUE TO FAILURE TO CURE DEFAULT**

1. A First Plan of Reorganization was filed with the Court on May 5, 2013 (the "Plan"). Debtor(s) has failed to comply with the terms of the Plan and Debtor(s) was notified of the default pursuant to the terms of the Plan. Debtor(s) failed to cure the default in full.

2. In accordance with the Plan, the automatic stay has been terminated with respect to Toyota Motor Credit Corporation, its successors and/or assigns.

Respectfully submitted,
Buckley Madole, P.C.

/s/LynAlise K. Tannery
Cristina Platon Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
LynAlise K. Tannery / TBN 24083941
Attorneys and Counselors
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BuckleyMadole.com
Attorney for Toyota Motor Credit Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the __3__ day of __May__ 20__16__

Debtor's Attorney
Jonathan Gitlin
Jonathan Gitlin, Attorney At Law
3905 Hedgcoxe Rd Unit 251371
Plano, TX 75025-1039

Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230

Gordon Green
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231

Debtor
Abdul Hameed
6529 Timber Wolf Trail
Plano, TX 75093-2114

US Trustee
William Neary
110 North College Avenue, Suite 300
Tyler, Texas 75702

Bank of America, N.A.
c/o Michael Zientz
Mackie Wolf & Zientz, P.C.
14160 N. Dallas Parkway, Suite 900
Dallas, TX 75254

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146

CarterEnergy
c/o Randi Hobbs
6000 Metcalf Avenue
Suite 200
Overland Park, KS 66202

CarterEnergy
c/o John E. Mitchell
Akerman LLP
2001 Ross Ave. #2550
Dallas, TX 75201

Lewisville Independent School District
c/o Andrea Sheehan
George C. Scherer

Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205

National Bank of Texas
c/o Michael W. Broome, PC
8625 Mid-Cities Blvd., Suite 300
North Richland Hills, TX 76182

PointBank
c/o Tom D. Jester, Jr.
Minor & Jester, P.C.
P.O. Box 280
Denton, TX 76202

Real Time Resolutions, Inc.
P.O. Box 35888
Dallas, TX 75235-0888

Tarrant Appraisal District
2500 Handley-Ederville Road
Fort Worth, TX 76118-6909

Texas Comptroller of Public Accounts
c/o Jay W. Hurst
Office of the Texas Attorney General
Capitol Station
PO Box 12548
Austin, TX 78711-2548

US Trustee
Timothy W. O'Neal
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

12-43507

/s/LynAlise K. Tannery
Cristina Platon Camarata
Michael J. Burns
Sammy P. Hooda
LynAlise K. Tannery