B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Texas__

In re __Abdul Hameed__, Case No. __12-43507__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Veripro Solutions, Inc. | Real Time Resolutions, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Veripro Solutions, Inc.
PO BOX 3572 Coppell, TX 75019

Phone: 469-426-3081
Last Four Digits of Acct #: 6385

Court Claim # (if known): 2
Amount of Claim: 334757.45
Date Claim Filed: 1/15/2013

Phone: 888-361-7152
Last Four Digits of Acct. #: 2473

Name and Address where transferee payments should be sent (if different from above):

Veripro Solutions, Inc.
PO BOX 3244 Coppell, TX 75019
Phone: 469-426-3081
Last Four Digits of Acct #: 6385

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Shauntel Walton__     Date: __02/01/2018__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.